**Donald Frederick LEWIS, Plaintiff–Appellant,**

v.

**Private SIMMS, Defendant–Appellee,**

**and**

**City of Bowie, a body corporate and politic; Prince George's County, a body corporate and politic, Defendants.**

No. 14–1282.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 25, 2014.

Donald Frederick Lewis, Appellant Pro Se. Matthew Douglas Peter, Hanover, Maryland, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Frederick Lewis appeals from the district court's orders dismissing his claims against Prince George's County, Maryland, and the City of Bowie, Maryland, and entering judgment on the jury verdict in favor of Private Simms on Lewis's claims asserted pursuant to 42 U.S.C. § 1983 (2012). On appeal, we confine our review to the issues raised in the appellant's brief. *See* 4th Cir. R. 34(b). Because Lewis's informal brief does not challenge the basis for the district court's disposition, Lewis has forfeited appellate review of the court's orders. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*